IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs                    4:05CR00045-01-WRW

BLAKELY WAHL

## AMENDED AND SUBSTITUTED JUDGMENT AND COMMITMENT

The above entitled cause came on for a hearing on the petition to revoke the supervised release granted this defendant. Upon the basis of the admissions of the defendant, the Court found that the defendant did violate the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted this defendant be, and it is hereby, REVOKED.

It is further ordered that the defendant be placed in a Bureau of Prisons facility for a term of eighteen (18) months. The Court recommends the defendant be placed at a BOP facility close to the Little Rock, Arkansas area. The Court recommends the defendant participate in nonresidential substance abuse treatment during incarceration. No supervised release is to follow incarceration.

IT IS SO ORDERED this 25th day of October, 2005.

                                                    /s/ Wm. R.Wilson,Jr.
                                      UNITED STATES DISTRICT JUDGE

supvrl2.jdg